**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2112**

NITINKUMAR RAMANBHAI PATEL,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: May 28, 2019                                    Decided: June 14, 2019

Before MOTZ and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Lisa A. Compagno, LISA A. COMPAGNO, PA, Stuart, Florida, for Petitioner. Joseph H. Hunt, Assistant Attorney General, Stephen J. Flynn, Assistant Director, Imran R. Zaidi, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nitinkumar Ramanbhai Patel, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's discretionary denial of his request for a waiver under 8 U.S.C. § 1227(a)(1)(H) (2012). We have thoroughly reviewed the record and Patel's claims and conclude that they are without merit. Patel failed to show a due process violation that prejudiced the outcome of his case, *see Anim v. Mukasey*, 535 F.3d 243, 256 (4th Cir. 2008), because the record reflects that the Board conducted an independent de novo review of the Immigration Judge's decision and reached the same conclusion.

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Patel* (B.I.A. Aug. 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*